UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LEMUEL L. COLE,**

     **Plaintiff,**

**v.**                                               Case No. 3:24cv417-TKW-HTC

**RICKY DIXON,**

     **Respondent.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 8) and Petitioner's objection (Doc. 9).[1] The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case is an action for declaratory and injunctive relief under 42 U.S.C. §1983 (not a mandamus or habeas petition) and that is due to be dismissed under the "three-strikes statute," 28 U.S.C. §1915(g).

The Court did not overlook Petitioner's argument that he was improperly found to be a "three-striker" in the Southern District of Florida case cited by the

---

[1] Petitioner also filed a motion for judicial notice in support of his objection (Doc.10), but he did not provide copies of the filings from the cases referenced in the motion. The filings in those cases are not available on PACER because of their age, but the Court was able to discern the general nature and disposition of those cases, so the motion will be granted to that limited extent.

magistrate judge in the R&R.  *See* Doc. 8 at 7.  However, Petitioner cannot collaterally attack that finding in this case, and even if he could, the Court does not find his arguments about why that finding was incorrect to be persuasive based on what the Court was able to discern about those cases on PACER.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. Petitioner's motion for judicial notice (Doc. 10) is **GRANTED in part** as stated in footnote 1.

3. This action is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g).

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 18th day of November, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv417-TKW-HTC